**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Everado OSORIO–ESCAMILLA,**
**Defendant–Appellant.**

**No. 05–40260.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 24, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Richard Nicholas Jeffrey, Corpus Christi, TX, for Defendant–Appellant.

---

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Everado Osorio–Escamilla has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Osorio–Escamilla has filed a response. Our independent review of the brief, Osorio–Escamilla's response and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

